**JACKSON LEWIS P.C.**
Eileen K. Keefe (PA No. 93194)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
Eileen.keefe@jacksonlewis.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated, | Hon. Kearney, U.S.D.J. |
| Plaintiff, | Docket No.: 2:24-cv-01952 |
| v. | |
| STEVEN MADDEN, Ltd. | |
| Defendant. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Steven Madden, Ltd. Certifies that it is a Delaware corporation, which has no parent corporation. BlackRock, Inc., a Delaware corporation, owns more than 10% of Steven Madden, Ltd. stock. No other publicly held corporation owns 10% or more of Steven Madden, Ltd. stock.

Respectfully submitted,

**JACKSON LEWIS, P.C.**

*/s/ Eileen K. Keefe*
Eileen K. Keefe (PA No. 93194)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802

Eileen.keefe@jacksonlewis.com

*Attorney for Defendant*

Dated: May15, 2024

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 15, 2024, the foregoing was served on the following via the Court's ECF system:

**Zemel Law LLC**
Daniel Zemel, Esquire (PA No.: 330086)
400 Sylvan Avenue, Ste. 200
Englewood Cliffs, NJ 07632

<u>/s/Eileen K. Keefe</u>
Eileen K. Keefe

4892-5082-1567, v. 1

3